UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAL MCNUTT, an individual, and RYAN MCNUTT, individually and as Personal Representative of the ESTATE OF ALLEN DUANE MCNUTT, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>KING COUNTY CORRECTIONAL FACILITY, a local King County entity; CORTNEY ECHTERNACH, an individual; COZETTE COLE, an individual; OMER BEHAUDEN, an individual,<br><br>Defendants. | NO. 2:24-cv-02077<br><br>**JOINT AND STIPULATED MOTION TO CONTINUE JOINDER DEADLINE AND ORDER** |

Pursuant to LCR 10(g), the parties jointly stipulate and move to extend the deadline for joining additional parties from March 17, 2025, to April 17, 2025. ECF 14. This motion is based on the parties' agreed factual statement, and the records and pleadings on file in this case.

//

//

//

JOINT AND STIP MTN TO CONTINUE JOINDER DEADLINE - 1 of 4
[4908-7711-6200]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565

I.   AGREED STATEMENT OF FACTS

The parties have been cooperatively working on written discovery. Both parties responded to initial written discovery on February 14, 2025. Following receipt and review of Defendants' initial written discovery responses and document production, Plaintiffs served additional written discovery on February 20, 2025.

Plaintiffs intend to amend their complaint in the near future, but responses to the written discovery served on February 20, 2025, are needed before Plaintiffs can bring their motion to amend. As such, Plaintiffs requested that Defendants agree to a short extension of the joinder deadline from March 17, 2025, to April 17, 2025. Defendants agreed to accommodate Plaintiffs' request.

II.   AUTHORITIES AND ARGUMENT

LCR 10(g) provides: "If a stipulated motion would alter dates or schedules previously set by the court, the parties shall clearly state the reasons justifying the proposed change."

Here, the parties have diligently and cooperatively worked on timely completing written discovery. This case was relatively recently filed, and Plaintiffs' counsel reviewed King County's discovery responses and document production and issued supplemental requests within a week of receipt of King County's responses. Plaintiffs anticipate that the additional pending written discovery responses and document production will provide additional clarity as to who the proper parties are in this case.

As such, the parties agree to a short extension of the joinder deadline to allow Plaintiffs the opportunity to explore these issues, while not be subjected to the stricter rules associated with seeking leave to amend after the joinder deadline. *See Sheaffer v. Superior Tank Lines Nw. Div., LLC*, No. 2:19-CV-00190-BJR, 2019 WL 2476636, at *5 (W.D. Wash.

JOINT AND STIP MTN TO CONTINUE JOINDER DEADLINE - 2 of 4
[4908-7711-6200]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565

June 13, 2019) (applying Rule 16(b) standard where motion for leave to amend was filed after the date set by the scheduling order).

### III. CONCLUSION

Based on the foregoing, the parties hereto jointly stipulate and move that the Court enter an Order extending the joinder deadline from March 17, 2025, to April 17, 2025.

GORDON, THOMAS, HONEYWELL LLP

By _____
Robert C. Wilke, WSBA No. 49937
rwilke@gth-law.com
Ian M. Leifer, WSBA No. 56670
ileifer@gth-law.com
Mariana L. Muñoz, WSBA No. 60320
mmunoz@gth-law.com
Attorneys for Plaintiffs

SEAMARK LAW GROUP PLLC
Attorneys for King County

By s/Geoff Grindeland
Geoff Grindeland, WSBA No. 35798
geoff@seamarklaw.com

JOINT AND STIP MTN TO CONTINUE JOINDER DEADLINE - 3 of 4
[4908-7711-6200]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565

PURSUANT TO THIS STIPULATION, IT IS SO ORDERED that the parties' Joint and Stipulated Motion to Continue Joinder Deadline is GRANTED to April 17, 2025. All other deadlines in the case management order at Dkt. # 15, remain the same.

DATED THIS 17th day of March 2025.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

JOINT AND STIP MTN TO CONTINUE JOINDER DEADLINE - 4 of 4
[4908-7711-6200]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565